IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ARTURO LUNA,  § | |
| Plaintiff,  § | |
| § | Civil Action No. |
| v.  § | 2:14-CV-056–AM–CW |
| § | |
| DIVERSIFIED CONSULTANTS, INC.,  § | |
| Defendant.  § | |

### ORDER

Ms. Kirsten H. Smith (LA Bar No. 33379) of Sessions, Fishman, Nathan & Israel, L.LC. has moved for admission to appear pro hac vice to represent Defendant Diversified Consultants, Inc. ECF No. 17.  As Ms. Smith is a member in good standing of the Bar of the State of Louisiana, has been admitted to practice in another federal court, has co-counsel admitted to practice in the Western District of Texas, and has paid the associated fee, her motion is **GRANTED**.

**IT IS ORDERED** that within 10 days of the date of this order, Ms. Smith shall obtain her own CM/ECF account if she does not already have one.  *See* Sec. 6a, Admin. Policies and Procedures for Electronic Filing in the W.D. Tex.  The Clerk shall not accept filings signed by Ms. Smith and filed from another attorney's CM/ECF account.

**IT IS FURTHER ORDERED** that Ms. Smith is permitted to appear before this Court pro hac vice for proceedings in this matter only.  If Ms. Smith desires to practice in this Court at any time in the future, she shall promptly submit an application to be admitted to practice in the United States District Court for the Western District of Texas in the manner set forth in the Local Rules.  While representing her client in this action, Ms. Smith shall be bound by all Local Rules for the United States District Court for the Western District of Texas.

**SIGNED** on April 21, 2015.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE